FILED
2021 NOV 15 PM 3:53
CLERK
U.S. DISTRICT COURT

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IMMERSIVE TECHNOLOGIES, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> CANADA FLUORSPAR (NL), Inc., <br><br> Defendant. | **ORDER FOR DISMISSAL WITH PREJUDICE** <br><br><br> Case No. 2:20-cv-00179-BSJ <br><br> Judge: Bruce S. Jenkins |

Before the Court is the parties' Stipulation for Dismissal. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Immersive Technologies, Inc. and defendant Canada Fluorspar (NL), Inc. jointly gave notice of their stipulated dismissal of this action with prejudice with each party to bear its own legal fees and costs.

Fed. R. Civ. P. 41(a)(1) does not require an order of the Court to effectuate the parties' Stipulation for Dismissal. However, for clarity of the record, this order is issued as evidence of the voluntary dismissal of an action. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby DISMISSED with prejudice and all claims herein have been resolved and the clerk of the Court is ordered to close this case.

SO ORDERED this 15th day of November, 2021.

BY THE COURT:

_____
Honorable Bruce S. Jenkins
U. S. District Court Judge

**APPROVED-AS-TO-FORM:**

RAY, QUINNEY & NEBEKER

*/s/ Arthur B. Berger*
Arthur B. Berger
Aaron C. Hinton
*Attorneys for defendant*
*(Signed by filing attorney with permission of Arthur B. Berger)*

17593300_v1